**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              NO.    4:17CR00111-25 JM

LUCAS TODD MURRAY                                                     DEFENDANT

**ORDER OF DETENTION**

On February 7, 2018, defendant Lucas Todd Murray appeared before this Court for a change of plea hearing. Following acceptance of the defendant's guilty plea to Count 1 of the Indictment, the Court directed him to successfully participate in an in-patient substance abuse treatment program, and informed him that failure to attend the in-patient treatment program as directed would result in his arrest and detention pending sentencing.

On or about February 14, 2018, the Court was informed that the defendant was not complying with the conditions of release and an arrest warrant was issued. The Court has been notified that the defendant has been arrested and is now in custody.

IT IS SO THEREFORE ORDERED that the defendant be detained pending sentencing in this matter.

IT IS SO ORDERED this day 23rd day of February, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE