## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**UNITED STATE OF AMERICA**                                                   **PLAINTIFF**

VS.                       **NO. 4:17CR00111 JM-25**

**LUCAS TODD MURRAY**                                                              **DEFENDANT**

### DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT

Comes now Defendant, Lucas Todd Murray, by and through his attorney, Arkie Byrd, and for his Objections to Presentence Report, states as follows:

1. That this Court granted Defendant an extension until April 10, 2018 to file his Objections to the Presentence Report.

2. That counsel for the Defendant received a letter on this day (4-11-2018) from the Defendant objecting to his criminal history point total.

3. That the Defendant objects to his receiving one additional criminal history point and believes that his criminal history point should be four rather than five points.

4. Defendant's reasoning is that his conviction, with the exception of one, were all misdemeanors and, therefore, he should have four criminal history points, rather than five.

WHEREFORE, for the reasons herein stated, Defendant respectfully requests that his criminal history points be reduced, pursuant to his reasoning herein.

                                              Respectfully submitted,

                                              /s/Arkie Byrd #80020
                                              MAYS, BYRD & ASSOCIATES, P.A.
                                              212 Center St., 7th Floor
                                              Little Rock, Arkansas 72201
                                              501-372-6303
                                              501-399-9280 - facsimile
                                              Abyrd@maysbyrdlaw.com
                                              ATTORNEY FOR LUCAS TODD MURRAY

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2018, a true and correct copy of the foregoing was electronically filed with the clerk of the court using the CM/ECF system, which shall send notification to the following:

Benecia Betton Moore &nbsp &nbsp benecia.moore@usdoj.gov, CaseView.ECF@usdoj.gov, valerie.andrews@usdoj.gov

/s/Arkie Byrd