**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Counsel: __Benecia Moore__ | JUDGE: James M. Moody Jr. <br> REPORTER: K. Baker <br> CRD: K. Glenn |
| v.                                    NO.  4:17cr00111-25 M | USPO: Tony Guerra <br> DATE: May 31, 2018 |
| **LUCAS TODD MURRAY** <br> Counsel: _Arkie Byrd_ | |

**MINUTES - SENTENCING**

**TIME BEGAN**: _11:02am_         **TIME ENDED**: _11:22am_

(✓) Government's Motion to Award Third Point for Acceptance of Responsibility granted in open court
Other: _____

**IMPRISONMENT**: ___SIXTY (60) MONTHS___ BOP with following recommendations:
_See J&C_
_____

**SUPERVISED RELEASE**: ___4___ years       **PROBATION**: __n/a__ years

**SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION**

(✓) Defendant must participate, under the guidance and supervision of the U.S. Probation Office in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment and must abstain from the use of alcohol throughout the course of any treatment.
(✓) Defendant must cooperate in the collection of DNA as directed by the probation officer.
(  ) Defendant must participate as directed in mental health treatment under the guidance and supervision of the U.S. Probation Office.
(✓) Defendant may not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
(  ) Supervised release is to be administered by the district where the defendant is a legal resident.
(  ) Defendant must disclose financial information to the U.S. Probation Office upon request and may not obtain any new lines of credit.
(✓) Other: _See J&C_____

(✓) Defendant is remanded to custody of U.S. Marshal
(  ) Defendant to surrender to designated institution/ U.S. Marshal by _____

Special assessment: __$100__
Fine: __$0__
Restitution: __$0__