UNITED STATES DISTRICT COURT
EASTERN DISTRICT ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:17CR00111 JM |
| ) | |
| AARON LARAY CLARK ET AL. ) | |

## STATUS REPORT

The United States of America, through Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Benecia B. Moore, Assistant U.S. Attorney for said district, for its status report, states:

1. Counsel for the United States has attempted to consult with counsel for the remaining defendants in the above-captioned case but has not been successful in conferring with all of them.

2. Trial is currently set to begin on Tuesday, February 19, 2019, at 9:15am. The defendants currently set for trial are John Webster Batton (Dale West), Carlos Eugene Burton (Blake Byrd), Jeremy Donte Craig (Lea Ellen Fowler), Abreana Laray Daniels (Ronald Davis), Kevin Dwane Dixon (Mark Hampton), Alicia Lauren Fullington (Jeff Rosenzweig), Joseph Jamar Handy (Patrick Spivey), Desmond Kentrell Kelley (John Wesley Hall), Lowell John Ladd (Fletcher See), Antonio L. Lewis (Sara Merritt), Dalvin D. Lewis (Maximillan Sprinkle), Marlon Shawn Marbley (Mark Jesse), Jamal Cornell McCoy (Ray Nickle), Kwesi Okang Montague (Jim Wyatt), Roderick O. Rainey (Robby Golden), Benson Dubois Smith (Brooks Wiggins), Christopher Forsean Smith (Mike Spades), Timothy Dewann Smith (Marjorie Rogers), and Davaris Dequante

Whitehead (Robert Tellez).

3. Defendant Marlon Marbley is set for a change of plea on January 30, 2019, at 11am.

4. Defendant Alicia Lauren Fullington is set for a change of plea on February 6, 2019, at 10am.

5. Defendant Jamal McCoy is set for a change of plea on February 7, 2019, at 2pm.

6. The following defendants are working with counsel for the United States to resolve their cases through a plea rather than a trial: John Webster Batton, Carlos Eugene Burton, Jeremy Donte Craig, Joseph Jamar Handy, and Davaris Dequante Whitehead.

7. Counsel for the United States has presented plea offers to counsel for defendants Desmond Kentrell Kelley, Lowell John Ladd, Antonio L. Lewis, Dalvin D. Lewis, Kwesi Okang Montague, Roderick O. Rainey, Benson Dubois Smith, Christopher Forsean Smith, and Timothy Dewann Smith. Counsel for the United States has only received a response from counsel for Roderick O. Rainey, Christopher Forsean Smith, and Timothy Dewann Smith, and counsel are still reviewing discovery and evaluating the United States' plea offers.

8. Defendant Kevin Dwane Dixon intends to proceed to trial but does not object to a continuance if one of the other co-defendants requests one.

9. Defendant Abreana Laray Daniels just hired a new attorney, Ronald

Davis, who was substituted as counsel on January 24, 2019. (Doc. No. 729). The United States anticipates Ms. Daniels will request a continuance of the February 19, 2019, trial date.

10. The United States has no objection should counsel for any of the remaining defendants move for a continuance of the February 19, 2019, trial date.

    Respectfully submitted,

    CODY HILAND
    United States Attorney

    BENECIA B. MOORE
    Bar No. AR2006050
    Assistant United States Attorney
    P.O. Box 1229
    Little Rock, AR 72203
    (501) 340-2614
    benecia.moore@usdoj.gov